

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-16-00060-CR

_____

MICHAEL DWIGHT WARD, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 13th District Court
Navarro County, Texas
Trial Court No. D36163-CR

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

# MEMORANDUM OPINION

Following a consolidated trial, a jury convicted Michael Dwight Ward of the offenses of possession with intent to deliver more than four grams but less than 200 grams of phencyclidine and possession with intent to deliver more than four grams but less than 200 grams of cocaine and sentenced him to fifty-four years' imprisonment. Ward filed a single brief containing issues common to both judgments of conviction.[1] In his appeal, Ward contends that (1) the evidence was insufficient to support the verdict against him, (2) the State violated its duty to supplement discovery, and (3) the trial court erred when it denied Ward's motion for continuance.

We addressed these issues in detail in our opinion of this date in Ward's appeal in cause number 06-16-00059-CR. For the reasons stated therein, we likewise conclude that error has not been shown in this case.

We affirm the trial court's judgment.

Bailey C. Moseley
Justice

Date Submitted:     November 22, 2016
Date Decided:       December 9, 2016

Do Not Publish

---

[1]Ward appealed his conviction for possession of a controlled substance with intent to deliver more than four but less than 200 grams of cocaine in our cause number 06-16-00059-CR.